NANCY ISAACSON, ESQ. (NI/1325)
GREENBAUM, ROWE, SMITH & DAVIS LLP
75 Livingston Ave., Suite 301
Roseland, New Jersey 07068-3701
(973) 535-1600
*Attorneys for Nancy Isaacson, Chapter 7 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **In re:** | |
| **DC PLASTICS, INC,** | Case No. 15-17178 (SLM) |
| | Chapter 7 |
| **Debtor.** | |

**NOTICE OF MOTION OF CHAPTER 7 TRUSTEE FOR AN ORDER (1) AUTHORIZING AND APPROVING THE SALES OF CERTAIN ASSETS OF THE DEBTOR'S ESTATE FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES PURSUANT TO 11 U.S.C. §§ 105 AND 363; (2) APPROVING BIDDING PROCEDURES; (3) WAIVING THE 14 DAY STAY PERIOD PURSUANT TO FED.R.BANKR.P. 6004(h); AND (4) RELATED RELIEF**

TO: ALL PARTIES ON THE ATTACHED SERVICE LISTS A AND B.

**PLEASE TAKE NOTICE** that on 19TH day of September, 2017, or as soon thereafter as counsel may be heard, the undersigned attorneys for Nancy Isaacson, Chapter 7 Trustee (the "Trustee") for the estate (the "Estate") of DC Plastics, Inc., the captioned debtor (the "Debtor"), will apply to the Honorable Stacey L. Meisel, in the United States Bankruptcy Court for the District of New Jersey (the "Court"), Martin Luther King, Jr. Federal Building, 50 Walnut Street, Newark, New Jersey, for entry of an Order authorizing and approving the sale of certain assets of the Debtor's Estate to Oak Point Partners, Inc. ("Oak Point"), specifically: (i) the ASK Settlement Rights; and (ii) all other remaining property of the Estate, other than the ASK Settlement Rights, consisting of known or unknown assets or claims which have not been previously sold, assigned or transferred, but *specifically excluding* (a) cash held at of the date of

4741649.1

the Purchase Agreements by the Debtor or Trustee in bank accounts earmarked for distribution to creditors and/or payment of professional fees; and (b) the Purchase Prices, both via private sale ("Remnant Assets").  The sales shall be pursuant to Sections 363 and 105 of the Bankruptcy Code.  The sales shall be free and clear of liens, claims, and encumbrances, with valid liens, claims and encumbrances to attach to the proceeds of the sales.  Trustee further seeks approval of the Bidding Procedures and related relief (the "Motion")[1].

**PLEASE TAKE FURTHER NOTICE** that the Trustee requests a waiver of the 14 day stay period pursuant to Fed.R.Bankr.P. 6004(h).

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must be made in writing and in the form prescribed by the Federal Rules of Bankruptcy Procedure and the District of New Jersey Local Bankruptcy Rules, and must be filed with this Court and served upon and received by the following parties on or before September 12, 2017: (i) counsel to the Trustee, Greenbaum, Rowe, Smith & Davis LLP, Attn:  Nancy Isaacson, Esq., 75 Livingston Avenue, Suite 301, Roseland, New Jersey 07068-3701; and (ii) counsel to Oak Point, (a) at Oak Point Partners, Inc., Attn: Janice Alwin, Esq., 5215 Old Orchard Road, Suite 965, Skokie, IL 60077; and (b) janice@oakpointpartners.com.

**PLEASE TAKE FURTHER NOTICE** that, in the event that timely objections are not filed with the Court and served upon the Trustee as provided in D.N.J. LBR 9013-1(a) and (f), the Motion shall be deemed uncontested and the Court may, in its discretion, grant the requested relief without a hearing.

---

[1] Capitalized terms not defined herein shall have the meaning ascribed in the Motion.

**PLEASE TAKE FURTHER NOTICE** that the sales are subject to higher and better offers as provided in the Motion.

> GREENBAUM ROWE SMITH & DAVIS, LLP
> Attorneys for Trustee
>
> By: */s/ Nancy Isaacson*
>       NANCY ISAACSON

Dated: August 24, 2017

## SERVICE LIST A

United States Trustee's Office
One Newark Center
1085 Raymond Boulevard
Suite 2100
Newark, NJ 07102

Chad Friedman, Esq.
Ravin Greenberg PC
101 Eisenhower Parkway
Roseland, New Jersey 07068
Attorney for Debtor

Paul Evangelista, Esq.
50 Harrison Street-Suite 315
Hoboken, NJ 07030
Attorney for Creditor, EG Plastics, LLC

Randolph E. White, Esq.
White & Wolnerman PLLC
950 Third Avenue, 11th Floor
New York, NY 10022

Kristin B. Mayhew, Esq.
McElroy Deutsch Mulvaney & Carpenter
30 Jelliff Lane
Southport, CT 06890-1436
Attorney for Creditor, Poly-Gen LLC

Steven Stern, President
A.S.K. Wholesale Hardware Co., Inc.
119 11th Street
Brooklyn, NY 11215

A.S.K. Wholesale Hardware Co., Inc.
119 11th Street
Brooklyn, NY 11215

George Bechakas, Esq.
Intercoastal Financial, LLC
7954 Transit Road, Suite 144
Williamsville, NY 14221

Steven Mitnick, Esq.
SM Law, PC
PO Box 530
49 Old Turnpike Road
Oldwick, NJ 08858

4742901.1

4742901.1

A. Atkins Appraisal Corp.
122 Clinton Roda
Fairfield, NJ 07004-2900

DC Plastics, Inc.
70 Hobart Ave
Bayonne, NJ 07002-4229

EG Plastics, LLC
116 39th Street
Brooklyn, NY 11232-2799

U.S. Bankruptcy Court
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102-3550

Chasan Leyner Lamparello
300 Harmon Meadow Blvd
Secaucus, NJ 07094-3638

Delta Corrugated
199 W Ruby Ave
Palisades Park, NJ 07650-1088

E.G. Plastics LLC
Paul S. Evangelista, Esq
50 Harrison Street, Suite 315
Hoboken, NJ 07030-6088

EG Plastics
5410 1st Ave
Brooklyn, NY 11220

Five Star Corrugated
65 Taaffe Pl
Brooklyn, NY 11205-1410

Garden State Poly
200 Craig Rd
Manalapan, NJ 07726-8735

Goldmark Plastics
1011 High Rich Rd
Stamford, CT 06905

Granite Insurance
2704 Commerce Dr
Harrisburg, PA 17110-9380

Internal Revenue Svc
PO Box 7346
Philadelphia, PA 19101-7346

O'Brien & Taylor
175 Fairfield Ave
West Caldwell, NJ 07006-6415

Osterman
726 Main St
Chesire, CT 06410-3472

Osterman
726 Main St.
Cheshire, CT 06410-3472

Paradise Plastics
116 39th St
Brooklyn, NY 11232-2712

Paradise Plastics
Paul S. Evangelista, Esq
50 Harrison Street, Suite 315
Hoboken, NJ 07030-6088

Patriot Insurance
PO Box 406012
Atlanta, GA 30384-6012

Patriot Nat'l Insurance
PO Box 406012
Atlanta, GA 30384-6012

Poly-Gen LLC
Kristin B Mayhew, Esq
McElroy,Deutsch,Mulvaney&Carpenter, LLP
30 Jeliff Lane
Southport, CT 06890-1482

Polychem
132 Central St
Foxboro, MA 02035-2422

Polychem (USA), Inc a/k/a Polychem USA
att: Alan M Cohen LLC
Law Offices ofAlan M Cohen, LLC
550 Worcester Rd
Framingham, MA 01702-5305

Richard Romano, Esq.
11 W Zoller Rd
East Brunswick, NJ 08816-2241

Salon Marrow Dyckman
1 University Plz
Hackensack, NJ 07601-6201

Shanker Law Group
101 Front St
Mineola, NY 11501-4402

State of NJ
Div of Employee Accts
PO Box 911
Trenton, NJ 08625-0911

TGM Polymers
PO Box 395
Quakertown, NJ 08868-0395

The State of New Jersey
Division of Employer Accounts
PO BOX 379
Trenton, New Jersey 08625-0379

| | | |
|---|---|---|
| U.S. Polymers, Inc.<br>220 Broadway North 302<br>Lynnfield, MA 01940-2354 | US Polymers<br>142 Front St<br>Secaucus, NJ 07094-3446 | XL Plastics<br>220 Clifton Blvd<br>Clifton, NJ 07011-3695 |
| Chad Brian Friedman<br>Ravin Greenberg, LLC<br>24 Commerce Street<br>Newark, NJ 07102-4060 | Nancy Isaacson<br>Greenbaum, Rowe, Smith & Davis LLP<br>75 Livingston Ave<br>Suite 301<br>Roseland, NJ 07068-3788 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Poly-Gen LLC | (d)Delta Corrugated<br>199 W. Ruby Ave<br>Palisades Park, NJ 07650-1088 | (d)Granite Insurance<br>2704 Commerce Drive<br>Harrisburg, PA 17110-9380 |
| | (d)US Polymers<br>142 Front Street<br>Secaucus, NJ 07094-3446 | |